IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                      CR. NO. 2:01CR20047-001

MARTIN W. SMITH,
    Defendant.

 and

EMC NATIONAL LIFE COMPANY.
    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due defendant and that garnishee was indebted to defendant, in the amount of $663.10.

On April 11, 2012, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. § 1673. Payment should be made payable to the United States District Court Clerk and mailed to Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, AR 72901, and should include the defendant's name and court number as reference.

IT IS FURTHER ORDERED that the garnishment of earnings due from garnishee to defendant shall be continuing in nature, and garnishee is directed to continue paying to plaintiff any earnings, until garnishee has paid over to the plaintiff the sum of $443,274.37 to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

IT IS SO ORDERED.


June 12, 2012  /s/ Robert T. Dawson
Date  HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE